No. 21, original. EX PARTE NORTHERN PACIFIC R. Co. ET AL. Motion submitted October 7, 1929. Motion granted October 14, 1929. *Per Curiam:* The motion for leave to file a petition for a writ of mandamus, and the motion for leave to amend and supplement such petition, are granted.

A rule is directed to issue against the respondents, returnable on the first motion day following a period of 30

514

days from this date, directing them to show cause why a writ of mandamus should not issue in this cause. *Messrs. Bruce Scott, H. H. Field, F. G. Dorety, M. S. Gunn,* and *Dennis F. Lyons* for petitioners.